IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:09-548-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIS WILLIAMS | ) | |
| _____ | ) | |

The court previously entered an order vacating the defendant's good time credits because of a violation of a federal statute that the court has subsequently learned does not apply to actions filed pursuant to 28 U.S.C. § 2255. For this reason, the court's order of September 26, 2011, directing the Bureau of Prisons to forfeit the defendant's good time credits is hereby vacated. The good time credits shall be restored to the defendant.

IT IS SO ORDERED.

March 30, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge